**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: YOUNG, DONNA                                § Case No. 15-21937-DRC
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $334,860.00                    Assets Exempt:  $177,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,414.36        Claims Discharged
                                                   Without Payment: $1,123.88

Total Expenses of Administration: $1,585.64

---

   3) Total gross receipts of $     8,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,585.64 | 1,585.64 | 1,585.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 7,538.24 | 7,538.24 | 6,414.36 |
| **TOTAL DISBURSEMENTS** | $0.00 | $9,123.88 | $9,123.88 | $8,000.00 |

    4) This case was originally filed under Chapter 7 on July 01, 2015. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/28/2016    By: /s/David R. Brown
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Volvo C30R, mileage 38,000 miles | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Brown | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |
| David R. Brown | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| David R. Brown | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.07 | 11.07 | 11.07 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| ADAMS-LEVINE | 2300-000 | N/A | 3.51 | 3.51 | 3.51 |
| Rabobank, N.A. | 2600-000 | N/A | 11.06 | 11.06 | 11.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,585.64** | **$1,585.64** | **$1,585.64** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cefcu Attn: Paula - Collections | 7100-000 | N/A | 7,538.24 | 7,538.24 | 6,414.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,538.24 | $7,538.24 | $6,414.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21937-DRC  
**Case Name:** YOUNG, DONNA  

**Period Ending:** 07/28/16

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 07/01/15 (f)  
**§341(a) Meeting Date:** 07/28/15  
**Claims Bar Date:** 10/29/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 205 W. Hawthorne Lane, West Chicago, IL 60185 FMV based on Blind CMA done 6/2/15 | 160,000.00 | 0.00 | | 0.00 | FA |
| 2 | on person | 80.00 | 0.00 | | 0.00 | FA |
| 3 | CEFCU share draft account | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank - checking | 5.00 | 0.00 | | 0.00 | FA |
| 5 | Bank of America - checking | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | CEFCU Savings | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor is hold a check - proceeds from life insurance policy | 100,000.00 | 0.00 | | 0.00 | FA |
| 8 | typical household furniture, appliances & electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | necessary wearing apparel, Wedding band & engagement ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | gold necklaces, set of pearls, Tag Hauer watch, Rado watch | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | olde treadmill | 200.00 | 0.00 | | 0.00 | FA |
| 12 | employer sponsored 401(k) | 40,000.00 | 0.00 | | 0.00 | FA |
| 13 | American Express Retirement Account | 30,000.00 | 0.00 | | 0.00 | FA |
| 14 | anticiapted 2014 income tax refund | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Debtors spouse passed on May 16, 2015 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 2011 Volvo C30R, mileage 38,000 miles | 14,000.00 | 5,100.00 | | 8,000.00 | FA |
| 16 | Assets  Totals (Excluding unknown values) | **$348,860.00** | **$5,100.00** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 18, 2016          **Current Projected Date Of Final Report (TFR):**    March 18, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-21937-DRC  
**Case Name:** YOUNG, DONNA

**Taxpayer ID #:** **-***3127  
**Period Ending:** 07/28/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1500 - Checking  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/15 | {16} | Donna J Young | | 1129-000 | 8,000.00 | | 8,000.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 7,990.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.07 | 7,978.93 |
| 02/15/16 | 102 | ADAMS-LEVINE | bond premium | 2300-000 | | 3.51 | 7,975.42 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.06 | 7,964.36 |
| 05/02/16 | 103 | David R. Brown | | 2100-000 | | 1,550.00 | 6,414.36 |
| 05/02/16 | 104 | Cefcu | | 7100-000 | | 6,414.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **8,000.00** | **8,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **8,000.00** | **8,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$8,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1500** | 8,000.00 | 8,000.00 | 0.00 |
| | **$8,000.00** | **$8,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 07/28/2016 10:30 AM   V.13.28